## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| MONICA HARTMAN | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| TRUENERGY SERVICES, LLC | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF REMOVAL OF CIVIL ACTION

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

Defendant TruEnergy Services, LLC ("Defendant"), files this Notice of Removal of the civil action brought against it by Plaintiff Monica Hartman ("Plaintiff").  The grounds in support of this Notice of Removal are as follows:

### I.
### STANDARD FOR REMOVAL

1.      Defendant removes this case because this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that the matter in controversy, as detailed in the Petition, involves a federal question.  Specifically, Plaintiff alleges that Defendant violated the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227.

2.      Furthermore, 28 U.S.C. § 1446(b) provides that a notice of removal "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

**II.**
**BACKGROUND**

3.     On February 1, 2021, Plaintiff's Small Claims Petition (the "Petition") was filed against TruEnergy Services, LLC, in the Justice of the Peace Court, Precinct No. 4, Tarrant County, Texas, Case No. SC-10561. *See* Plaintiff's Small Claims Petition, attached hereto as Exhibit B-1.

4.     On or about March 3, 2021, Defendant was served with a copy of the Small Claims Petition through service on their registered agent. *See* Exhibit B-2.

5.     Defendant is filing this Notice of Removal on or before April 3, 2021, which is within 30 days of receipt of the initial pleading setting forth Plaintiff's claims for relief. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

**III.**
**FEDERAL JURISDICTION**

6.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the matters in controversy involves a federal question. Therefore, the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

**IV.     ADDITIONAL REQUIREMENTS**

7.     Removal is proper to the United States District Court for the Northern District of Texas, Houston Division because this district and division embraces Tarrant County, Texas the venue of the pending state court action. 28 U.S.C. §§ 1441(a), 1446(a).

8.     Contemporaneously with the filing of this Notice of Removal, Defendant will provide all parties with written notice of the filing of this Notice of Removal, and will promptly file a copy of this Notice of Removal with the Clerk of the Justice of the Peace Court, Precinct No. 4, Tarrant County, Texas.

9.      In addition, attached hereto as Exhibit A is an index of all documents being filed with this Notice of Removal. Attached hereto as Exhibit B is a docket sheet listing all matters filed in the state court action, which clearly identifies each document and indicates the date the document was filed in the state court action, as required by 28 U.S.C. § 1446(a). Included with the index is a copy of each document filed in the state court action, individually tabbed and arranged in chronological order according to the state court filing date, including a copy of all process served upon Defendants.

10.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure or any state or federal statute, rule, or otherwise.

### IV. DOCUMENTS ATTACHED TO THE NOTICE OF REMOVAL

11.     In accordance with 28 U.S.C. § 1446(a) and LR 81, Defendant has attached the following exhibits to its notice of removal:

**Exhibit A**      Index of Documents Being Filed with Notice of Removal

**Exhibit B**      Docket Sheet from the state court action (printed March 17, 2021)

Copies of each document filed in the Justice of the Peace Court action (including pleadings, executed process, and orders signed by the Justice of the Peace Court judge, except discovery material), arranged in chronological order:

**Exhibit B-1**   Plaintiff's Small Claims Petition (filed 2/1/2021)

**Exhibit B-2**   Email Consent by Plaintiff (filed 2/1/2021)

**Exhibit B-3**   Mailed Citation to Constable/Sheriff (filed 2/1/2021)

**Exhibit B-4**   Citation (2/1/2021)

**Exhibit B-5**   Return of Service (dated 3/3/2021)

3

**Exhibit C**   A list of all counsel of record, including addresses, telephone numbers, and parties represented

## V.   PRAYER

WHEREFORE, Defendant TruEnergy Services, LLC prays that the Tarrant County, Texas action be removed to the United States District Court for the Northern District of Texas.

Dated:  March 17, 2021                                     Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

  _/s/ Gemma R. Galeoto_____
Gemma R. Galeoto
Texas State Bar No. 24061047
gemma.galeoto@hklaw.com
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Telephone:  (214) 964-9500
Facsimile:  (214) 964-9501

**ATTORNEY FOR DEFENDANT
TRUENERGY SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

On March 17, 2021, I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_/s/ Gemma R. Galeoto_
Gemma R. Galeoto

Exhibit A

**<u>Index of Documents Being Filed with Notice of Removal</u>**

In accordance with LR 81(6), Defendant TruEnergy Services, LLC submits this *Index of Documents Being Filed with Notice of Removal*:

| | |
|---|---|
| **Exhibit A** | Index of Documents Being Filed with Notice of Removal |
| **Exhibit B** | Docket Sheet from the state court action (printed March 17, 2021) |
| **Exhibit B-1** | Small Claims Petition (filed February 2, 2021) |
| **Exhibit B-2** | Email Consent by Plaintiff (filed 2/1/2021) |
| **Exhibit B-3** | Mailed Citation to Constable/Sheriff (filed 2/1/2021) |
| **Exhibit B-4** | Citation (2/1/2021) |
| **Exhibit B-5** | Citation Returned (filed March 3, 2021) |
| **Exhibit C** | A list of all counsel of record, including addresses, telephone numbers, and parties represented |

# Exhibit B

# REGISTER OF ACTIONS

## CASE NO. JP04-21-SC00010561

| | | |
|---|---|---|
| HARTMAN MONICA vs. TRU ENERGY | § § § § § | Case Type: **Small Claims**<br>Date Filed: **02/01/2021**<br>Location: **JP No. 4** |

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **TRU ENERGY**<br>ATTN: LIBBY SPARKS LAW FIRM<br>5950 BERKSHIRE STE 200<br>DALLAS, TX 75225 | |
| **Plaintiff** | **HARTMAN, MONICA**<br>13724 MALLARD SPRINGES DR.<br>HASLET, TX 76052 | |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 02/01/2021 | **Original Petition Filed (OCA Opening)**<br>*w/cashier's check for $80.00 to Dallas Co Pct 3* |
| 02/01/2021 | **Email Consent by Plaintiff**<br>*mbarack07@gmail.com* |
| 02/01/2021 | **Mailed Citation to Constable/Sheriff - Out of County Service**<br>*Dallas Co Pct 3 w/cashier's ck #9430233731* |
| 02/01/2021 | **CITATION** |

| | | | |
|---|---|---|---|
| | TRU ENERGY | Served | 03/03/2021 |
| | | Returned | 03/09/2021 |

| | |
|---|---|
| 03/09/2021 | **Notice**<br>*OFFICER'S RETURN SERVED* |
| 03/09/2021 | **Citation Returned**<br>*srv'd on 03/03/21* |
| 03/09/2021 | **Answer Due On** |
| 03/24/2021 | **Clerk Follow Up**  (5:30 PM) (Judicial Officer Gregory, Christopher)<br>*ANSWER DUE* |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| **Plaintiff** HARTMAN, MONICA | |
| Total Financial Assessment | 46.00 |
| Total Payments and Credits | 46.00 |
| **Balance Due as of 03/17/2021** | **0.00** |

| | | | |
|---|---|---|---|
| 02/01/2021 | Transaction Assessment | | 46.00 |
| 02/01/2021 | Counter Payment | Receipt # JP4-2021-539 | HAT TRICK CONSULTANTS LLC | (46.00) |

# Exhibit B-1

Monica Hartman
(Plaintiff)

vs.

c/o — REGISTERED AGENT

Tru Energy (Libby Sparks)
(Defendant)

Law firm agent Dustin Sparks
Registered

JUSTICE OF THE PEACE COURT

PRECINCT NO. __4___

TARRANT COUNTY, TEXAS

2021 JAN 29 AM 8:52

JUSTICE OF THE PEACE
TARRANT COUNTY
FILED

**SMALL CLAIMS PETITION**

☑ *I hereby state that I am filing a Small Claims Case: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, or personal property. The claim can be for no more than $~~10,000~~ excluding statutory interest and court costs but including attorney's fees, if any.*

20,000

I, Monica Hartman , whose address is 13724 Mallard Springs Dr.
(Plaintiff)                                                                 (Street and Number)

Haskt, Tx, 76052 , and my telephone numbers are 817·657·4850
(City, State, and Zip)                                                         (Home/Cell)

And 817·657·4850 , and says that Tru Energy (Libby Sparks) 75225
(Work/Fax)                                           (Defendant)     LAW FIRM

Whose address is 5950 Berkshire Suite 200 Dallas Tx ~~75225~~
(Street and Number)                                              (City, State, and Zip)     75225

And telephone numbers are 214·390·2300 and 214·390·2300 whose identifying
(Home/Cell)                                              (Work/Fax)

information is as follows, if known, DOB_____ Last 3 Numbers of DL_____ Last 3 Numbers of SS_____

Reason for filing this Lawsuit: VIOLATIONS OF Telephone
Consumer Protection act (TCPA)

ATT: registered agent Dustin H. Sparks
ON BEHALF OF TRUENERGY

IF SUING FOR PERSONAL PROPERTY, YOU MUST INCLUDE THE VALUE OF EACH ITEM AND IDENTIFY WHAT YOU ARE SEEKING TO RECOVER EXACTLY. (EX. "POSSESSION OF ABC BRAND LEATHER CHAIR VALUED AT $500.00, ABC BRAND COFFEE TABLE VALUED AT $150.00. PLAINTIFF WISHES TO RECOVER THE POSSESSION OF EACH ITEM OR THE VALUE THEREOF.")

In the amount of $ 4500.00 Plus Court Costs.

Plaintiff's Signature: Monica Hartman          Date Signed: 1·29·2021

☑ *I hereby give my consent for the answer and any other motions or pleadings to be sent to my email address which is:*
mbarack072@gmail.com

JP-4-702    Rev. 8/13



February 1, 2021
JUSTICE COURT PCT. 4
TARRANT COUNTY TEXAS

BY:

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

9430233731

01/30/2021
Void after 7 years

Remitter:          THE MICHAEL BARACK AND MICHELLE BARACK/JOINT LIVING TRUST, D
TD09/29/06

$** 80.00 **

Pay To The          DALLAS COUNTY CONSTABLE
Order Of:

Memo:
Note: For information only. Comment has no effect on bank's payment.

Drawer:  **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

282111107 NEW 01/08 8810004306

---

**CASHIER'S CHECK**

9430233731   25-3
                                                                    440

Date   01/30/2021   Void after 7 years

Remitter:          THE MICHAEL BARACK AND MICHELLE BARACK/JOINT LIVING TRUST, D
TD09/29/06

Pay To The          DALLAS COUNTY CONSTABLE
Order Of:

Pay:  EIGHTY DOLLARS AND 00 CENTS

$** 80.00 **

Do not write outside this box

Memo:  Sc-10561
Note: For information only. Comment has no effect on bank's payment.

Drawer:  **JPMORGAN CHASE BANK, N.A.**

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9430233731⑆ ⑆044000037⑆ 758661375⑈

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

X _____    NP

**DO NOT WRITE / SIGN / STAMP BELOW THIS LINE**

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT

CONTACT:

JPMORGAN CHASE BANK, N.A.

1-866-593-0356

Security features on this document include a
Micro-Print Endorsement Line, Watermark and Visible Fibers.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

1407938931

CASE NO. _SC-10561_

DEFENDANT NAME: _TRUENERGY_   →_DUSTIN SPARKS_
_REGISTERED AGENT_ _or LIBBY SPARKS_
_Law Firm_

# **INSTRUCTIONS IF YOUR DEFENDANT IS**
# **LOCATED OUTSIDE OF TARRANT COUNTY**

*\*IF YOU HAVE MULTIPLE DEFENDANTS, A COPY OF THIS FORM IS TO BE SUBMITTED*
*FOR EACH DEFENDANT.*

**IF THE DEFENDANT UPON WHOM YOU ARE FILING IS TO BE SERVED OUTSIDE**
**OF TARRANT COUNTY, IT IS THE PLAINTIFF'S RESPONSIBILITY TO PROVIDE**
**THE COURT THE FOLLOWING INFORMATION:**

1. THE NAME OF THE CONSTABLE, SHERIFF, OR OTHER AGENCY THAT WILL
BE SERVING THE CITATION:

    _Dallas Constable precint 3_

2. THE ADDRESS AND PHONE NUMBER OF THE CONSTABLE, SHERIFF, OR
OTHER AGENCY TO SEND THE CITATION FOR SERVICE:

    _6820 Lyndon B Johnson Fwy_
    _Ste. 1400_
    _Dallas, Tx 75240_
    _(214) 904.3160_

3. THE SERVICE FEE THAT THE ABOVE CONSTABLE, SHERIFF, OR OTHER
AGENCY REQUIRES TO SERVE A SMALL CLAIMS CITATION OR DEBT
CLAIMS CITATION. *THIS PAYMENT MUST BE A MONEY ORDER OR*
*CASHIERS CHECK AND MADE PAYABLE AS INSTRUCTED BY SAID AGENCY.*

Plaintiff's Signature: _Monica Horn_

Date Signed: _1-29-2021_

For more information, please see pamphlet regarding Filing a Justice Court Suit.

Exhibit B-2

# Agreement to Receive Electronic Communication

*JUDGE CHRISTOPHER GREGORY*
*JUSTICE COURT, PRECINCT 4*

FILED
February 1, 2021
JUSTICE COURT PCT. 4
TARRANT COUNTY TEXAS
BY: *CK*  2/1/2021 9:19:27 AM

CASE # _SC-10561_    ☑ Plaintiff    ☐ Defendant

Case Party Name: _____

I _Monica Hartman_____ give my consent to Justice Court, Precinct 4 to
  (Print Name)
communicate with me and to receive ALL Court Documents electronically at the email listed below.

Email Address: _mbarack07@gmail.com_____

Cell Number: _817-657-4850_____

**(Initial Below)**

_MH_  I am aware that there is some level of risk that third parties might be able to read unencrypted
emails. I further agree that I am responsible for providing the Justice Court, Precinct 4 any updates to
my email address.

_MH_  I authorize Justice Court, Precinct 4 to send ALL Court Documents electronically to me and am
aware that Justice Court, Precinct 4 is not responsible for any undeliverable Emails.

I can withdraw my consent for electronic communications at any time by submitting a request in

writing to:    Justice Court, Precinct 4
6713 Telephone Rd. Suite 201
Fort Worth, TX 76135
Email: JP4Court@tarrantcounty.com
Fax: 817-850-2951

Signature: _Monica Hartman_____    Date: _1-29-2021_____

Title: _____

Clerk Signature: _CJ_____    Date: _2/1/21_____

# Exhibit B-3



JUSTICE OF THE PEACE, PCT. 4
**JUDGE CHRISTOPHER GREGORY**
NORTHWEST SUB-COURTHOUSE
6713 TELEPHONE ROAD SUITE 201
FORT WORTH, TEXAS 76135


FOREVER / USA

Dallas County Constable Pct 3
6820 Lyndon B Johnson Fwy
Ste 1400
Dallas, Tx
         75240



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**
**CASHIER'S CHECK**

**Customer Copy**
9430233731

01/30/2021
Void after 7 years

**Remitter:** THE MICHAEL BARACK AND MICHELLE BARACK/JOINT LIVING TRUST, D
TD09/29/06

$** 80.00 **

**Pay To The Order Of:** DALLAS COUNTY CONSTABLE

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**

282111107 NEW 01/08 8810004306

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

9430233731    25-3
440

Date    01/30/2021    Void after 7 years

**Remitter:** THE MICHAEL BARACK AND MICHELLE BARACK/JOINT LIVING TRUST, D
TD09/29/06

**Pay To The Order Of:** DALLAS COUNTY CONSTABLE

**Pay:** EIGHTY DOLLARS AND 00 CENTS

$** 80.00 **

Do not write outside this box
Memo: Sc-16561
Note: For information only. Comment has no effect on bank's payment.

Drawen **JPMORGAN CHASE BANK, N.A.**

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9430233731⑈ ⑆044000037⑆ 758661375⑈

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD AT ANGLE TO VERIFY WATERMARK.

X _____ MP

**DO NOT WRITE / SIGN / STAMP BELOW THIS LINE**

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT

CONTACT:

JPMORGAN CHASE BANK, N.A.

1-866-593-0356

Security features on this document include a
Micro-Print Endorsement Line, Watermark and Visible Fibers.
Absence of these features may indicate alteration.
©Padlock design is a certification mark of Check Payment Systems Association

1407938931

SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____ , AT _____

O'CLOCK , ___ M. AND EXECUTED ON THE _____ DAY OF _____ , _____ , AT

_____ O'CLOCK , ____ M. BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS,  IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING..... $ _____

      COP.   ..... $ _____  *SHERIFF / CONSTABLE,

                    PRECINCT NO. _____

      TOTAL.....$ _____   _____ COUNTY, TEXAS

* STRIKE IF NOT APPLICABLE           BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORIGINAL CIVIL CITATION

**IN THE JUSTICE COURT**                **ISSUED FEBRUARY 01, 2021**

**CHRISTOPHER GREGORY**
**JUSTICE OF THE PEACE, PRECINCT FOUR**                **817-238-4425**
**6713 TELEPHONE ROAD STE 201**                **FAX     817-850-2951**
**FORT WORTH TEXAS  76135**

**CASE NO. JP04-21-SC00010561**

**PLAINTIFF(S):**
   **HARTMAN MONICA**          **13724 MALLARD SPRINGES DR**          **HOME: 817-657-4850**
                       **HASLET, TX  76052**
**ATTORNEY(S) FOR PLAINTIFF(S):**

**VS.**

**DEFENDANT(S):**
   **TRU ENERGY**          **SRV: DUSTIN SPARKS, REGISTERED AGENT     WORK: 214-390-2300**
                       **C/O LIBBY SPARKS LAW FIRM**
                       **5950 BERKSHIRE STE 200**
                       **DALLAS, TX  75225**
**ATTORNEY(S) FOR DEFENDANT(S):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**DALLAS CO PCT 3**                **JP04-21-SC00010561**
         **\*\*\*PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME\*\*\***
              **\*\*\*NO SHORTS ALLOWED IN COURTROOM\*\*\***

**\*\*ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   **TRU ENERGY**
    **C/O LIBBY SPARKS LAW FIRM**
    **5950 BERKSHIRE STE 200**
    **DALLAS TX 75225**
    **SRV: DUSTIN SPARKS, REGISTERED AGENT**

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT FOUR AT 6713 TELEPHONE ROAD STE 201 FORT WORTH TEXAS 76135, SAID PLAINTIFF BEING

HARTMAN MONICA                           PLAINTIFF

AND SAID:

TRU ENERGY                                 DEFENDANT

FILED FEBRUARY 01, 2021, FILE NO. JP04-21-SC00010561 SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**NOTICE TO DEFENDANT**

**"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION." UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS 1ST DAY OF FEBRUARY, 2021.



CHRISTOPHER GREGORY
JUSTICE OF THE PEACE, PRECINCT FOUR
TARRANT COUNTY, TEXAS

BY: /S/ *Edith Knight*
CLERK OF THE JUSTICE COURT

**ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   **TRU ENERGY**
      **C/O LIBBY SPARKS LAW FIRM**
      **5950 BERKSHIRE STE 200**
      **DALLAS TX  75225**
      **SRV: DUSTIN SPARKS, REGISTERED AGENT**

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT FOUR AT 6713 TELEPHONE ROAD STE 201 FORT WORTH TEXAS  76135, SAID PLAINTIFF BEING

HARTMAN MONICA                                          PLAINTIFF

AND SAID:

TRU ENERGY                                              DEFENDANT

FILED FEBRUARY 01, 2021, FILE NO. JP04-21-SC00010561  SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**NOTICE TO DEFENDANT**

**"YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT.  BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS 1ST DAY OF FEBRUARY, 2021.



                        CHRISTOPHER GREGORY
                        JUSTICE OF THE PEACE, PRECINCT FOUR
                        TARRANT COUNTY, TEXAS

                        BY_____ORIGINAL SIGNED_____
                            CLERK OF THE JUSTICE COURT

SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____ , AT _____

O'CLOCK , ___ M. AND EXECUTED ON THE _____ DAY OF _____, _____ , AT

_____ O'CLOCK , ____ M. BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING..... $ _____

COP.   ..... $ _____

TOTAL.....$ _____

\* STRIKE IF NOT APPLICABLE

\*SHERIFF / CONSTABLE,
PRECINCT NO. _____

_____ COUNTY, TEXAS

BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORIGINAL CIVIL CITATION</u>

IN THE JUSTICE COURT                    ISSUED FEBRUARY 01, 2021

**CHRISTOPHER GREGORY**
**JUSTICE OF THE PEACE, PRECINCT FOUR**                    817-238-4425
**6713 TELEPHONE ROAD STE 201**              FAX    817-850-2951
**FORT WORTH TEXAS  76135**

CASE NO. JP04-21-SC00010561

PLAINTIFF(S):
    HARTMAN MONICA              13724 MALLARD SPRINGES DR              HOME: 817-657-4850
                               HASLET, TX  76052

ATTORNEY(S) FOR PLAINTIFF(S):

VS.

DEFENDANT(S):
    TRU ENERGY                SRV: DUSTIN SPARKS, REGISTERED AGENT    WORK: 214-390-2300
                              C/O LIBBY SPARKS LAW FIRM
                              5950 BERKSHIRE STE 200
                              DALLAS, TX  75225

ATTORNEY(S) FOR DEFENDANT(S):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DALLAS CO PCT 3                        JP04-21-SC00010561
              \*\*\*PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME\*\*\*
                      \*\*\*NO SHORTS ALLOWED IN COURTROOM\*\*\*

**Monica Hartman**
(Plaintiff)

vs.

**Tru Energy (Libby Sparks)**   c/o – *Registered Agent* ↓
(Defendant)
Registered   law firm agent *Dustin Sparks*

JUSTICE OF THE PEACE COURT

PRECINCT NO. __4__

TARRANT COUNTY, TEXAS

2021 FEB 1? AM 8:5
JUSTICE OF THE PEACE
TARRANT COUNTY

## SMALL CLAIMS PETITION

☑ *I hereby state that I am filing a Small Claims Case:  A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, or personal property.  The claim can be for no more than $~~10,000~~ 20,000 excluding statutory interest and court costs but including attorney's fees, if any.*

I, **Monica Hartman**, whose address is **13724 Mallard Springs Dr.**
(Plaintiff)                                                          (Street and Number)

**Haslet, Tx, 76052**, and my telephone numbers are **817·657·4850**
(City, State, and Zip)                                                          (Home/Cell)

And **817·657·4850**, and says that **Tru Energy (Libby Sparks)** *LAW FIRM* **75225**
(Work/Fax)                                              (Defendant)

Whose address is **5950 Berkshire Suite 200 Dallas Tx** ~~75225~~ **75225**
(Street and Number)                                              (City, State, and Zip)

And telephone numbers are **214·390·2300** and **214·390·2300** whose identifying
(Home/Cell)                                              (Work/Fax)

information is as follows, if known,  DOB_____ Last 3 Numbers of DL_____ Last 3 Numbers of SS_____

Reason for filing this Lawsuit: **VIOLATIONS OF Telephone Consumer Protection act (TCPA)**

**ATT: registered agent Dustin H. Sparks ON BEHALF OF TRUENERGY**

*IF SUING FOR PERSONAL PROPERTY, YOU MUST INCLUDE THE VALUE OF EACH ITEM AND IDENTIFY WHAT YOU ARE SEEKING TO RECOVER EXACTLY. (EX. "POSSESSION OF ABC BRAND LEATHER CHAIR VALUED AT $500.00, ABC BRAND COFFEE TABLE VALUED AT $150.00. PLAINTIFF WISHES TO RECOVER THE POSSESSION OF EACH ITEM OR THE VALUE THEREOF.")*

In the amount of $ **4500.00** Plus Court Costs.

Plaintiff's Signature: **Monica Hartman**   Date Signed: **1·29·2021**

☑ *I hereby give my consent for the answer and any other motions or pleadings to be sent to my email address which is:*
**mbarack07@gmail.com**

JP-4-702   Rev. 8/13

**Justice of the Peace Court No. 4**
**The Honorable Christopher "Chris" Gregory**

**RE: HEARINGS**

During the COVID-19 state of disaster, the Justice of the Peace Court No. 4 will conduct ONLY hearings via ZOOM
**To Appear by Zoom:**

1. Hearing via Zoom SHALL include the following:
   a. For any witnesses appearing via Zoom, you will need to include their full name, email and telephone number.
   b. All documents MUST be filed or emailed to the Court, no later than 12:00 p.m. the business day prior to your hearing. Please reference your case number. Email to jp4court@tarrantcounty.com
2. You can **DOWNLOAD** the free Zoom App on your smartphone (ANDROID OR APPLE) or computer at https://www.zoom.us prior to your hearing date and time.
3. On the date and time of your hearing listed in the Notice of Hearing/Order, **OPEN** a web browser of your choice, then **ENTER** the Zoom link information that was sent to you in a separate email.
4. Once you connect, please **WAIT** to be checked in. you will be placed in a "waiting room" and on mute or silent until your hearing begins.
5. Exhibits – hearing/trial exhibits, except for rebuttal or those that cannot be anticipated, SHALL be pre-marked, exchanged with counsel/self-represented parties, and EMAILED to the court as separate PDF files **at least three (3) days prior to the Zoom hearing.** Exhibits shall be saved as separate files, in PDF, MP4 or JPEG format named and marked using the following FORMAT:
   Cause Number-Party Designation-Exhibit Number-Hearing Date
   EXAMPLE: JP04-20-DC00001234-Petitioner=Exhibit 12- 12-01-2020
6. Zoom proceedings are actual court proceedings conducted in a Virtual Courtroom. Hearings will be live streamed to the public, so participants must treat Zoom proceedings with the same respect as in-person court proceedings. All of the usual in person courtroom decorum, demeanor, and dress code rules shall apply.
7. **IT IS ORDERED THAT RECORDING ZOOM PROCEEDINGS IS STRICTLY FORBIDDEN.** Attorneys, self-represented parties, witnesses and attendees participating in remote hearings, or members of the public viewing a live stream, are prohibited from recording, capturing, saving, broadcasting, televising or photographing the proceeding in any manner. **FAILURE TO ABIDE BY THIS ORDER MAY RESULT IN CONTEMPT OF COURT PROCEEDINGS.**
8. You must review the Tarrant County Justice Court, Pct. 4 Rules and Procedures for E-hearings/E-trial Documents, which provides you with necessary additional information.

-To access required forms, please visit our website at:
http://www.tarrantcounty.com/en/justice-of-the-peace-courts/justice-4.html

You do not need an account to use Zoom and the service is free. You may use a cellphone, tablet, or computer. The court is able to swear in witnesses and parties over Zoom; please have a picture identification with you to show the Court. Please review the tips below for your video hearings.

**\*\*If you are unable to appear via ZOOM, please contact the Court immediately at (817)238-4425\*\***

## COURT HEARING VIDEO CONFERENCING TIPS

- Dress and look like you are going to court. No hats please.
- Do your best to have a stable internet connection. Ask others in your house or office to avoid large data use (game streaming; video streaming; etc.) while on a videoconference call.
- Use your full real name. Avoid using nicknames or the device's default name setting.
- Be as still as possible while speaking and waiting to speak.
- Do your best to have a solid or non-distracting background, or utilize a virtual background.
- Have the camera face you straight on. Avoid leaning in or away from camera.
- Be aware of your microphone and audio set up. Mute your microphone unless you are speaking. (Wireless earbuds are less distracting than large headphones and exclude outside noise. Wired earbuds can be distracting and the built-in microphone often rubs on your clothes.)
- Speak slowly and clearly. Avoid speaking over others.
- Avoid typing, eating, or drinking during the conference.
- Do your best to ensure privacy during the conference; everyone understands children, pets, and other members of the household might wander in.

## WITNESS REQUEST FOR ZOOM ATTENDANCE:

Cause No.: _____

WITNESS #1:
     NAME: _____
     EMAIL: _____
     PHONE: _____

WITNESS #2:
     NAME: _____
     EMAIL: _____
     PHONE: _____

WITNESS #3:
     NAME: _____
     EMAIL: _____
     PHONE: _____

WITNESS #4:
     NAME: _____
     EMAIL: _____
     PHONE: _____

WITNESS #5:
     NAME: _____
     EMAIL: _____
     PHONE: _____

**PLEASE FILL OUT THE ATTACHED FORM AND RETURN TO THE COURT IN-PERSON OR BY EMAIL AT: JP4COURT@TARRANTCOUNTY.COM AT LEAST 3 DAYS PRIOR TO YOUR HEARING.**



# Agreement to Receive Electronic Communication
*JUDGE CHRISTOPHER GREGORY*
*JUSTICE COURT, PRECINCT 4*

CASE # _____         ☐ Plaintiff        ☐ Defendant

Case Party Name: _____

I _____ give my consent to Justice Court, Precinct 4 to
          (Print Name)
communicate with me and to receive ALL Court Documents electronically at the email listed below.

Email Address: _____

Cell Number: _____

**(Initial Below)**

_____ *I am aware that there is some level of risk that third parties might be able to read unencrypted emails. I further agree that I am responsible for providing the Justice Court, Precinct 4 any updates to my email address.*

_____ *I authorize Justice Court, Precinct 4 to send ALL Court Documents electronically to me and am aware that Justice Court, Precinct 4 is not responsible for any undeliverable Emails.*

I can withdraw my consent for electronic communications at any time by submitting a request in

writing to:    Justice Court, Precinct 4
               6713 Telephone Rd. Suite 201
               Fort Worth, TX 76135
               Email: JP4Court@tarrantcounty.com
               Fax: 817-850-2951

Signature: _____   Date: _____

Title: _____

Clerk Signature: _____   Date: _____

Exhibit B-4

**\*\*ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   TRU ENERGY
    C/O LIBBY SPARKS LAW FIRM
    5950 BERKSHIRE STE 200
    DALLAS TX 75225
    SRV: DUSTIN SPARKS, REGISTERED AGENT

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT FOUR AT 6713 TELEPHONE ROAD STE 201 FORT WORTH TEXAS 76135, SAID PLAINTIFF BEING

HARTMAN MONICA                            PLAINTIFF

AND SAID:

TRU ENERGY                                  DEFENDANT

FILED FEBRUARY 01, 2021, FILE NO. JP04-21-SC00010561 SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE TO DEFENDANT**

**"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION." UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS 1ST DAY OF FEBRUARY, 2021.



CHRISTOPHER GREGORY
JUSTICE OF THE PEACE, PRECINCT FOUR
TARRANT COUNTY, TEXAS

BY: /S/ *Edith Knight*
CLERK OF THE JUSTICE COURT

**ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   **TRU ENERGY**
      **C/O LIBBY SPARKS LAW FIRM**
      **5950 BERKSHIRE STE 200**
      **DALLAS TX 75225**
      **SRV: DUSTIN SPARKS, REGISTERED AGENT**

   DEFENDANT, GREETING:

   YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT FOUR AT 6713 TELEPHONE ROAD STE 201 FORT WORTH TEXAS 76135, SAID PLAINTIFF BEING

HARTMAN MONICA                                    PLAINTIFF

   AND SAID:

TRU ENERGY                                        DEFENDANT

FILED FEBRUARY 01, 2021, FILE NO. JP04-21-SC00010561  SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

            PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
**************************************************************************************
                          **NOTICE TO DEFENDANT**
**"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION." UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**

**************************************************************************************

   THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

   GIVEN UNDER MY HAND THIS 1ST DAY OF FEBRUARY, 2021.



                        CHRISTOPHER GREGORY
                        JUSTICE OF THE PEACE, PRECINCT FOUR
                        TARRANT COUNTY, TEXAS

                   BY____ORIGINAL SIGNED_____
                        CLERK OF THE JUSTICE COURT

SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____, AT _____

O'CLOCK , ___ M. AND EXECUTED ON THE _____ DAY OF _____, _____ , AT

_____ O'CLOCK , ____ M. BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING..... $ _____

    COP.   ..... $ _____

    TOTAL.....$ _____

\* STRIKE IF NOT APPLICABLE

\*SHERIFF / CONSTABLE,
PRECINCT NO. _____

_____ COUNTY, TEXAS

BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORIGINAL CIVIL CITATION

IN THE JUSTICE COURT

ISSUED FEBRUARY 01, 2021

CHRISTOPHER GREGORY
JUSTICE OF THE PEACE, PRECINCT FOUR
6713 TELEPHONE ROAD STE 201
FORT WORTH TEXAS  76135

817-238-4425
FAX    817-850-2951

CASE NO. JP04-21-SC00010561

PLAINTIFF(S):
    HARTMAN MONICA

13724 MALLARD SPRINGES DR
HASLET, TX  76052

HOME: 817-657-4850

ATTORNEY(S) FOR PLAINTIFF(S):

VS.

DEFENDANT(S):
    TRU ENERGY

SRV: DUSTIN SPARKS, REGISTERED AGENT
C/O LIBBY SPARKS LAW FIRM
5950 BERKSHIRE STE 200
DALLAS, TX  75225

WORK: 214-390-2300

ATTORNEY(S) FOR DEFENDANT(S):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DALLAS CO PCT 3                                JP04-21-SC00010561
    \*\*\*PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME\*\*\*
    \*\*\*NO SHORTS ALLOWED IN COURTROOM\*\*\*

Monica Hartman
(Plaintiff)

vs.

Tru Energy (Libby Sparks)    c/o — *Registered Agent* ↓
(Defendant)    law firm Agent Dustin Sparks
Registered

JUSTICE OF THE PEACE COURT

PRECINCT NO. __4__

TARRANT COUNTY, TEXAS

SMALL CLAIMS PETITION

2021 FEB 11 AM 8:

JUSTICE OF THE PEACE
TARRANT COUNTY

☑ *I hereby state that I am filing a Small Claims Case: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, or personal property. The claim can be for no more than $~~10,000~~ 20,000 excluding statutory interest and court costs but including attorney's fees, if any.*

I, Monica Hartman
(Plaintiff)
, whose address is 13724 Mallard Springs Dr.
(Street and Number)

Haskt, Tx, 76052
(City, State, and Zip)
, and my telephone numbers are 817·657·4850
(Home/Cell)

And 817·657·4850
(Work/Fax)
, and says that Tru Energy (Libby Sparks)    LAW FIRM    75225
(Defendant)

Whose address is 5950 Berkshire Suite 200 Dallas Tx ~~75225~~ 75225
(Street and Number)    (City, State, and Zip)

And telephone numbers are 214·390·2300
(Home/Cell)
and 214·390·2300
(Work/Fax)
whose identifying

information is as follows, if known, DOB_____ Last 3 Numbers of DL_____ Last 3 Numbers of SS_____

Reason for filing this Lawsuit: VIOLATIONS OF Telephone Consumer Protection act (TCPA)

ATT: registered agent Dustin H. Sparks
ON BEHALF OF TRUENERGY

*IF SUING FOR PERSONAL PROPERTY, YOU MUST INCLUDE THE VALUE OF EACH ITEM AND IDENTIFY WHAT YOU ARE SEEKING TO RECOVER EXACTLY. (EX. "POSSESSION OF ABC BRAND LEATHER CHAIR VALUED AT $500.00, ABC BRAND COFFEE TABLE VALUED AT $150.00. PLAINTIFF WISHES TO RECOVER THE POSSESSION OF EACH ITEM OR THE VALUE THEREOF.")*

In the amount of $ 4500.00 Plus Court Costs.

Plaintiff's Signature: Monica Hartman    Date Signed: 1·29·2021

☑ *I hereby give my consent for the answer and any other motions or pleadings to be sent to my email address which is:*

mbarack07@gmail.com

JP-4-702    Rev. 8/13

**Justice of the Peace Court No. 4**
**The Honorable Christopher "Chris" Gregory**

**RE: HEARINGS**

During the COVID-19 state of disaster, the Justice of the Peace Court No. 4 will conduct ONLY hearings via ZOOM
**To Appear by Zoom:**

1. Hearing via Zoom <u>SHALL</u> include the following:
   a. For any witnesses appearing via Zoom, you will need to include their full name, email and telephone number.
   b. All documents MUST be filed or emailed to the Court, no later than 12:00 p.m. the business day prior to your hearing. Please reference your case number. Email to <u>jp4court@tarrantcounty.com</u>
2. You can **DOWNLOAD** the free Zoom App on your smartphone (ANDROID OR APPLE) or computer at <u>https://www.zoom.us</u> prior to your hearing date and time.
3. On the date and time of your hearing listed in the Notice of Hearing/Order, **OPEN** a web browser of your choice, then **ENTER** the Zoom link information that was sent to you in a separate email.
4. Once you connect, please **WAIT** to be checked in. you will be placed in a "waiting room" and on mute or silent until your hearing begins.
5. Exhibits – hearing/trial exhibits, except for rebuttal or those that cannot be anticipated, <u>SHALL</u> be pre-marked, exchanged with counsel/self-represented parties, and <u>EMAILED</u> to the court as separate PDF files **at least three (3) days prior to the Zoom hearing.** Exhibits shall be saved as separate files, in PDF, MP4 or JPEG format named and marked using the following FORMAT:
   Cause Number-Party Designation-Exhibit Number-Hearing Date
   EXAMPLE: JP04-20-DC00001234-Petitioner=Exhibit 12- 12-01-2020
6. Zoom proceedings are actual court proceedings conducted in a Virtual Courtroom. Hearings will be live streamed to the public, so participants must treat Zoom proceedings with the same respect as in-person court proceedings. All of the usual in person courtroom decorum, demeanor, and dress code rules shall apply.
7. **IT IS ORDERED THAT RECORDING ZOOM PROCEEDINGS IS STRICTLY FORBIDDEN.** Attorneys, self-represented parties, witnesses and attendees participating in remote hearings, or members of the public viewing a live stream, are prohibited from recording, capturing, saving, broadcasting, televising or photographing the proceeding in any manner. **FAILURE TO ABIDE BY THIS ORDER MAY RESULT IN CONTEMPT OF COURT PROCEEDINGS.**
8. You must review the Tarrant County Justice Court, Pct. 4 Rules and Procedures for E-hearings/E-trial Documents, which provides you with necessary additional information.

-To access required forms, please visit our website at:
<u>http://www.tarrantcounty.com/en/justice-of-the-peace-courts/justice-4.html</u>

You do not need an account to use Zoom and the service is free. You may use a cellphone, tablet, or computer. The court is able to swear in witnesses and parties over Zoom; please have a picture identification with you to show the Court. Please review the tips below for your video hearings.

***If you are unable to appear via ZOOM, please contact the Court immediately at (817)238-4425***

## COURT HEARING VIDEO CONFERENCING TIPS

- Dress and look like you are going to court. No hats please.
- Do your best to have a stable internet connection. Ask others in your house or office to avoid large data use (game streaming; video streaming; etc.) while on a videoconference call.
- Use your full real name. Avoid using nicknames or the device's default name setting.
- Be as still as possible while speaking and waiting to speak.
- Do your best to have a solid or non-distracting background, or utilize a virtual background.
- Have the camera face you straight on. Avoid leaning in or away from camera.
- Be aware of your microphone and audio set up. Mute your microphone unless you are speaking. (Wireless earbuds are less distracting than large headphones and exclude outside noise. Wired earbuds can be distracting and the built-in microphone often rubs on your clothes.)
- Speak slowly and clearly. Avoid speaking over others.
- Avoid typing, eating, or drinking during the conference.
- Do your best to ensure privacy during the conference; everyone understands children, pets, and other members of the household might wander in.

## WITNESS REQUEST FOR ZOOM ATTENDANCE:

Cause No.: _____

WITNESS #1:
      NAME: _____
      EMAIL: _____
      PHONE: _____

WITNESS #2:
      NAME: _____
      EMAIL: _____
      PHONE: _____

WITNESS #3:
      NAME: _____
      EMAIL: _____
      PHONE: _____

WITNESS #4:
      NAME: _____
      EMAIL: _____
      PHONE: _____

WITNESS #5:
      NAME: _____
      EMAIL: _____
      PHONE: _____

**PLEASE FILL OUT THE ATTACHED FORM AND RETURN TO THE COURT IN-PERSON OR BY EMAIL AT: JP4COURT@TARRANTCOUNTY.COM AT LEAST 3 DAYS PRIOR TO YOUR HEARING.**



# Agreement to Receive Electronic Communication
*JUDGE CHRISTOPHER GREGORY*
*JUSTICE COURT, PRECINCT 4*

CASE # _____          ☐ Plaintiff          ☐ Defendant

Case Party Name: _____

I _____ give my consent to Justice Court, Precinct 4 to
             (Print Name)
communicate with me and to receive ALL Court Documents electronically at the email listed below.

Email Address: _____

Cell Number: _____

### (Initial Below)

_____ *I am aware that there is some level of risk that third parties might be able to read unencrypted emails. I further agree that I am responsible for providing the Justice Court, Precinct 4 any updates to my email address.*

_____ *I authorize Justice Court, Precinct 4 to send ALL Court Documents electronically to me and am aware that Justice Court, Precinct 4 is not responsible for any undeliverable Emails.*

I can withdraw my consent for electronic communications at any time by submitting a request in

writing to:    Justice Court, Precinct 4
               6713 Telephone Rd. Suite 201
               Fort Worth, TX 76135
               Email: JP4Court@tarrantcounty.com
               Fax: 817-850-2951

Signature: _____ Date: _____

Title: _____

Clerk Signature: _____ Date: _____

Exhibit B-5

**\*\*ORIGINAL CIVIL CITATION\*\***

001112
2/1

THE STATE OF TEXAS

TO:   TRU ENERGY
      C/O LIBBY SPARKS LAW FIRM
      5950 BERKSHIRE STE 200
      DALLAS TX 75225
      SRV: DUSTIN SPARKS, REGISTERED AGENT

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT FOUR AT 6713 TELEPHONE ROAD STE 201  FORT WORTH TEXAS 76135, SAID PLAINTIFF BEING

HARTMAN MONICA                                          PLAINTIFF

AND SAID:

TRU ENERGY                                              DEFENDANT

FILED FEBRUARY 01, 2021, FILE NO. JP04-21-SC00010561  SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE TO DEFENDANT

"YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT.  BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS  1ST DAY OF FEBRUARY, 2021.



CHRISTOPHER GREGORY
JUSTICE OF THE PEACE, PRECINCT FOUR
TARRANT COUNTY, TEXAS

BY: /S/ *Edith Knight*
CLERK OF THE JUSTICE COURT

SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _4_ DAY OF _Feb_ A.D. _2021_, AT _8:16 P_
O'CLOCK, _P_ M: AND EXECUTED ON THE _3_ DAY OF _March_, _2021_, AT
_1122_ O'CLOCK, _A_ M. BY DELIVERING TO _Tru Energy c/o_
_Libby Sparks R/A Dustin Sparks_
_Law Firm at 5950 Berkshire Ste.200 Dallas TX_

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____        **BEN ADAMCIK**
                                                         CONSTABLE PCT. 3,
FEES-SERVING..... $ _____                       **DALLAS COUNTY**

        COP. ..... $ _____          *SHERIFF / CONSTABLE,
                                              PRECINCT NO. _____
        TOTAL.....$ _80.00_

                                              _____ COUNTY, TEXAS
* STRIKE IF NOT APPLICABLE                    BY DEPUTY _V. Serrano_

************************* ORIGINAL CIVIL CITATION *************************

IN THE JUSTICE COURT                          ISSUED FEBRUARY 01, 2021

CHRISTOPHER GREGORY
JUSTICE OF THE PEACE, PRECINCT FOUR           817-238-4425
6713 TELEPHONE ROAD STE 201           FAX     817-850-2951
FORT WORTH TEXAS 76135

                          CASE NO. JP04-21-SC00010561

PLAINTIFF(S):
    HARTMAN MONICA           13724 MALLARD SPRINGES DR          HOME: 817-657-4850
                             HASLET, TX 76052
    ATTORNEY(S) FOR PLAINTIFF(S):


                                    VS.

DEFENDANT(S):
    TRU ENERGY               SRV: DUSTIN SPARKS, REGISTERED AGENT   WORK: 214-390-2300
                             C/O LIBBY SPARKS LAW FIRM
                             5950 BERKSHIRE STE 200
                             DALLAS, TX 75225
    ATTORNEY(S) FOR DEFENDANT(S):

*************************************************************************
DALLAS CO PCT 3              JP04-21-SC00010561
        ***PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME***
                ***NO SHORTS ALLOWED IN COURTROOM***

DALLAS COUNTY
CONSTABLE PCT. 3
2021 FEB -4 PM 2: 16

Exhibit C

# List of Parties and Counsel of Record

In accordance with LR 81(6), Defendant TruEnergy Services, LLC submits this list of all

counsel of record:

| **Plaintiff** | **Pro Se** |
|---|---|
| Monica Hartman | Monica Hartman<br>13724 Mallard Springs Dr.<br>Haslet, Texas 76052<br>Mbarack07@gmail.com<br>Telephone: (817) 657-4850 |
| **Defendant**<br>TruEnergy Services, LLC | **Counsel**<br>Gemma R. Galeoto<br>Texas State Bar No. 24061047<br>gemma.galeoto@hklaw.com<br>200 Crescent Court, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (214) 964-9500<br>Facsimile: (214) 964-9501 |